| | |
|---|---|
| 1 | David E. Bower (119546) |
|   | dbower@faruqilaw.com |
| 2 | Christopher B. Hayes (277000) |
|   | chayes@faruqilaw.com |
| 3 | **FARUQI & FARUQI, LLP** |
|   | 10866 Wilshire Blvd., Suite 1470 |
| 4 | Los Angeles, CA 90024 |
|   | Telephone:    424.256.2884 |
| 5 | Facsimile:    424.256.2885 |
| 6 | Attorneys for Plaintiff |
|   | **DANYELLE COMER** |
| 7 | |
|   | LAURENCE F. PULGRAM (CSB No. 115163) |
| 8 | lpulgram@fenwick.com |
|   | JENNIFER L. KELLY (CSB No. 193416) |
| 9 | jkelly@fenwick.com |
|   | GUINEVERE L. JOBSON (CSB No. 251907) |
| 10 | gjobson@fenwick.com |
|   | **FENWICK & WEST LLP** |
| 11 | 555 California Street, 12th Floor |
|   | San Francisco, CA  94104 |
| 12 | Telephone: 415.875.2300 |
|   | Facsimile:  415.281.1350 |
| 13 | |
|   | Attorneys for Defendant |
| 14 | **APPLE INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| DANYELLE COMER, Individually and on Behalf of All Others Similarly Situated, | CASE NO. CV-12-2457-LHK |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **JOINT STIPULATED REQUEST FOR AN ORDER CHANGING TIME** |
| APPLE INC., a California corporation and DOES 1-10, | |
| Defendants. | Judge: Hon. Lucy H. Koh |

JOINT STIUPLATED REQUEST FOR ORDER CHANGING TIME

CASE NO. CV-12-2457-LHK

Pursuant to Civil Local Rule 6-2, Danyelle Comer ("Plaintiff") and Apple Inc. ("Defendant" or "Apple"), by and through their respective attorneys, request an Order extending the dates for the briefing of Defendant's Motion to Dismiss, set for hearing on October 11, 2012:

WHEREAS,

1. Pursuant to Civil Local Rule 6-1, on June 11, 2012 the parties submitted a Joint Stipulation to Extend Defendant's Time to Respond to Complaint (Dkt. # 9);

2. Neither party has sought any other extension of time;

3. Pursuant to Civil Local Rule 7-3, Plaintiff's time to oppose Defendant's Motion to Dismiss is set as within 14 days after Defendant's Motion to Dismiss is filed;

4. Pursuant to Civil Local Rule 7-3, Defendant's time to reply is set as within 7 days after Plaintiff's Opposition is filed;

5. The parties have conferred and agreed that Plaintiff's Opposition to Defendant's Motion to Dismiss instead be filed and served on or before August 20, 2012.  The parties further agreed that Defendant's Reply be filed and served on or before September 13, 2012;

6. The modification requested by the parties would not alter any dates set by the Court as no scheduling order has yet been entered in this matter, and the matter will be fully briefed approximately 28 days in advance of the hearing.

**NOW THEREFORE IT IS STIPULATED BY AND AMONG THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL THAT**

Plaintiff shall file and serve her opposition to Defendant's Motion to Dismiss on or before August 20, 2012 and that Defendant shall file and serve its Reply in Support of Its Motion to Dismiss on or before September 13, 2012.

| | | |
|---|---|---|
| 1 | DATED:  July 18, 2012 | FARUQUI & FARUQI LLP |
| 2 | | By: /s/ David E. Bower |
| 3 | | David E. Bower<br>10866 Wilshire Blvd, Suite 1470 |
| 4 | | Los Angeles, California 90024<br>Telephone: 424.256.2884 |
| 5 | | Facsimile:  424.256.2885 |
| 6 | | Attorneys for Plaintiff<br>DANYELLE COMER |
| 7 | DATED:  July 18, 2012 | FENWICK & WEST LLP |
| 8 | | |
| 9 | | By: /s/ Laurence F. Pulgram<br>Laurence F. Pulgram |
| 10 | | 555 California Street, 12th Floor<br>San Francisco, CA  94104 |
| 11 | | Email:  lpulgram@fenwick.com<br>Telephone:  415.875.2300 |
| 12 | | Facsimile:   415.281.1350 |
| 13 | | Attorneys for Defendant<br>APPLE INC. |

### ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, prior to filing the above Joint Stipulated Request for an Extension of Time, I sent it to David Bower for his review, and he authorized me to file the Stipulated Request on his behalf.

| | | |
|---|---|---|
| 21 | DATED:  July 18, 2012 | FENWICK & WEST LLP |
| 22 | | By: /s/ Laurence F. Pulgram |
| 23 | | Laurence F. Pulgram<br>FENWICK & WEST LLP |
| 24 | | 555 California Street, 12th Floor<br>San Francisco, CA  94104 |
| 25 | | Telephone:     (415) 875-2300<br>Facsimile:       (415) 281-1350 |
| 26 | | |
| 27 | | Attorneys for Defendant<br>APPLE INC. |

1 | Upon consideration of the above stipulation and good cause appearing therefore,

2 | **IT IS ORDERED:**

3 | As to the Motion to Dismiss, which was filed with this court on July 11, 2012 (Doc. 13): Plaintiff shall file and serve her opposition to Defendant's Motion to Dismiss on or before **August 20, 2012**;

Defendant shall file and serve its Reply in Support of Its Motion to Dismiss on or before **September 13, 2012**.

_July 19_, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge