1  David E. Bower (119546)
   dbower@faruqilaw.com
2  Christopher B. Hayes (277000)
   chayes@faruqilaw.com
3  **FARUQI & FARUQI, LLP**
   10866 Wilshire Blvd., Suite 1470
4  Los Angeles, CA 90024
   Telephone:     424.256.2884
5  Facsimile:     424.256.2885

6  Attorneys for Plaintiff
   **DANYELLE COMER**
7
   LAURENCE F. PULGRAM (CSB No. 115163)
8  lpulgram@fenwick.com
   JENNIFER L. KELLY (CSB No. 193416)
9  jkelly@fenwick.com
   GUINEVERE L. JOBSON (CSB No. 251907)
10 gjobson@fenwick.com
   **FENWICK & WEST LLP**
11 555 California Street, 12th Floor
   San Francisco, CA  94104
12 Telephone: 415.875.2300
   Facsimile:  415.281.1350
13
   Attorneys for Defendant
14 **APPLE INC.**

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        (SAN JOSE DIVISION)

18 DANYELLE COMER, Individually and on
   Behalf of All Others Similarly Situated,        CASE NO. CV-12-2457-LHK
19
                        Plaintiffs,                 CLASS ACTION
20
             v.                                     **JOINT STIPULATED**
21                                                  **REQUEST FOR AN ORDER**
   APPLE INC., a California corporation and         **CHANGING TIME**
22 DOES 1-10,
                                                    Judge: Hon. Lucy H. Koh
23                      Defendants.

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-2, Danyelle Comer ("Plaintiff") and Apple Inc.

2    ("Defendant" or "Apple"), by and through their respective attorneys, request an Order extending

3    the dates for the briefing of Defendant's Motion to Dismiss, set for hearing on October 11, 2012:

4    WHEREAS,

5    1.    Pursuant to Civil Local Rule 6-1, on June 11, 2012 the parties submitted a Joint

6    Stipulation to Extend Defendant's Time to Respond to Complaint (Dkt. # 9);

7    2.    Neither party has sought any other extension of time;

8    3.    Pursuant to Civil Local Rule 7-3, Plaintiff's time to oppose Defendant's Motion to

9    Dismiss is set as within 14 days after Defendant's Motion to Dismiss is filed;

10    4.    Pursuant to Civil Local Rule 7-3, Defendant's time to reply is set as within 7 days

11    after Plaintiff's Opposition is filed;

12    5.    The parties have conferred and agreed that Plaintiff's Opposition to Defendant's

13    Motion to Dismiss instead be filed and served on or before August 20, 2012.  The parties further

14    agreed that Defendant's Reply be filed and served on or before September 13, 2012;

15    6.    The modification requested by the parties would not alter any dates set by the

16    Court as no scheduling order has yet been entered in this matter, and the matter will be fully

17    briefed approximately 28 days in advance of the hearing.

18

19    **NOW THEREFORE IT IS STIPULATED BY AND AMONG THE PARTIES,**

20    **THROUGH THEIR RESPECTIVE COUNSEL THAT**

21    Plaintiff shall file and serve her opposition to Defendant's Motion to Dismiss on or before

22    August 20, 2012 and that Defendant shall file and serve its Reply in Support of Its Motion to

23    Dismiss on or before September 13, 2012.

24

25

26

27

28

1   DATED:  July 18, 2012             FARUQUI & FARUQI LLP

2                                   By: */s/  David E. Bower*

3                                      David E. Bower
                                  10866 Wilshire Blvd, Suite 1470

4                                    Los Angeles, California 90024
                                  Telephone: 424.256.2884

5                                    Facsimile:  424.256.2885

6                                    Attorneys for Plaintiff
                                  DANYELLE COMER

7

8   DATED:  July 18, 2012             FENWICK & WEST LLP

9                                    By: */s/  Laurence F. Pulgram*

10                                   Laurence F. Pulgram
                                  555 California Street, 12th Floor

11                                  San Francisco, CA  94104
                                  Email:  lpulgram@fenwick.com

12                                  Telephone: 415.875.2300
                                  Facsimile:  415.281.1350

13                                  Attorneys for Defendant
                                  APPLE INC.

14

15

16                     **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

17       Pursuant to General Order No. 45 of the Northern District of California, prior to filing the

18 above Joint Stipulated Request for an Extension of Time, I sent it to David Bower for his review,

19 and he authorized me to file the Stipulated Request on his behalf.

20

21   DATED:  July 18, 2012             FENWICK & WEST LLP

22                                    By: */s/  Laurence F. Pulgram*

23                                  Laurence F. Pulgram
                                  FENWICK & WEST LLP

24                                  555 California Street, 12th Floor
                                  San Francisco, CA  94104

25                                  Telephone:     (415) 875-2300
                                  Facsimile:     (415) 281-1350

26

27                                  Attorneys for Defendant
                                  APPLE INC.

28

1   Upon consideration of the above stipulation and good cause appearing therefore,

2        **IT IS ORDERED:**

3        As to the Motion to Dismiss, which was filed with this court on July 11, 2012 (Doc. 13):

4   Plaintiff shall file and serve her opposition to Defendant's Motion to Dismiss on or before

5   **August 20, 2012**;

6        Defendant shall file and serve its Reply in Support of Its Motion to Dismiss on or before

7   **September 13, 2012**.

8
9   _July 19_____, 2012        _Lucy H. Koh_____
                                            Honorable Lucy H. Koh
10                                          United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATED REQUEST FOR ORDER          -3-                    CASE NO. CV-12-2457-LHK
CHANGING TIME