**FARUQI & FARUQI, LLP**
DAVID E. BOWER (119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANYELLE COMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE, INC., a California corporation and DOES 1-10,<br><br>Defendants. | Case No.: 5:12-cv-02457-LHK<br><br>**PLAINTIFF DANYELLE COMER'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT WITHOUT PREJUDICE**<br><br>Judge: Honorable Lucy H. Koh<br><br>Ctrm:  8-4th Floor<br><br>Date Action Filed: May 15, 2012 |

1   PLEASE TAKE NOTICE that Plaintiff DANYELLE COMER ("Plaintiff"), pursuant to

2  Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action and all claims

3  in this action, without prejudice, as to all Defendants.

4  **Federal Rule of Civil Procedure 41(a)(1)provides, in pertinent part:**

5      **(a) Voluntary Dismissal.**

6          **(1) By the Plaintiff.**

7  (A) Without a Court Order. Subject to Rules 23(e), 23.1(c),23.2, and 66 and any

8          applicable federal statute, the plaintiff may dismiss an action without a court order by

9          filing:

10         (i)     A notice of dismissal before the opposing party serves either an answer or

11                 motion for summary judgment

12                            *      *      *

13   Defendant has been served with the Complaint but no defendant has answered Plaintiff's

14  Complaint, nor has any defendant filed a motion for summary judgment.  Accordingly, this

15  matter may be dismissed without prejudice and with an Order of the Court, and that dismissal is

16  hereby requested.

17

18

19  Dated: August 17, 2012                    **FARUQI & FARUQI, LLP**

20

21                                           By:  _____
                                                  DAVID E. BOWER (119546)
22

23                                           10866 Wilshire Boulevard, Suite 1470
                                             Los Angeles, California 90024
24                                           Telephone: (424) 256-2884
                                             Facsimile: (424) 256-2885
25                                           Email: dbower@faruqilaw.com

26

27                                           *Attorney for Plaintiff Danyelle Comer*

28
                                            2
    PLAINTIFF DANYELLE COMER'S NOTICE OF VOLUNTARY DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: August 17, 2012                    */s/ David E. Bower*
                                                        David E. Bower

PLAINTIFF DANYELLE COMER'S NOTICE OF VOLUNTARY DISMISSAL

# Mailing Information for a Case 5:12-cv-02457-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Eldridge Bower**
  dbower@faruqilaw.com,ecf@faruqilaw.com,mblackman@faruqilaw.com,ecfca@faruqilaw.com

- **Guinevere Louise Jobson**
  gjobson@fenwick.com,gdunlap@fenwick.com

- **Jennifer Lloyd Kelly**
  jkelly@fenwick.com,gdunlap@fenwick.com

- **Laurence F. Pulgram**
  lpulgram@fenwick.com,dwalls-stewart@fenwick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)